**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**PAUL EUGENE SHATTUCK** **PLAINTIFF**

**v.** **CIVIL NO. 1:25-cv-00212-HSO-BWR**

**JACKSON COUNTY CIRCUIT COURT, et al.** **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 17th day of August, 2026.

s/ Halil Suleyman Ozerden
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE